**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wildomaro MUNOZ–HERNANDEZ,
Defendant—Appellant.**

No. 00–50119.

D.C. No. CR–99–448–ABC.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Wildomaro Munoz–Hernandez appeals his sentence imposed after his conviction by guilty plea for being an illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Relying on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Munoz–Hernandez contends that the district court erred when it increased his base offense level by sixteen points pursuant to U.S.S.G. § 2L1.2(b)(1)(B) because the fact that his deportation followed an aggravated felony conviction was neither admitted nor proven beyond a reasonable doubt to a jury. He further contends that *Apprendi* calls into question the continuing validity of *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Munoz–Hernandez's contentions are foreclosed by our recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 413–14 (9th Cir.2000), *amended* (Feb. 8, 2001). Accordingly, we affirm the district court's judgment.

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.